IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT

JUN 15 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:09cr 54 |
| ) | |
| VIRGINIA HARBOR SERVICES, INC., ) | |
| formerly doing business as ) | |
| Trelleborg Engineered Products, Inc. ) | Conspiracy to Restrain Trade |
| ) | 15 U.S.C. § 1 |
| Defendant. ) | (Counts 1-2) |

## WAIVER OF INDICTMENT

VIRGINIA HARBOR SERVICES, INC., the above named defendant, accused of bid-rigging conspiracies in violation of Title 15, United States Code Section 1, being advised of the nature of the charge, the proposed information, and of its rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

VIRGINIA HARBOR SERVICES, INC.

Date: 15 June 2009

By: [signature]

[signature]
Roxann E. Henry
Counsel for the Defendant

6/15/09

Before: /s/ Jerome B. Friedman
United States District Judge
UNITED STATES DISTRICT JUDGE