AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division


FILED
JUN 1 6 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.    Case Number:    2:09CR00054-001

VIRGINIA HARBOR SERVICES, INC.,
    formerly doing business as    Defendant Corporation's Attorney: Roxann Henry
    Trelleborg Engineered Products, Inc.    and Sharon Connaughton

Defendant Corporation.

## JUDGMENT IN A CRIMINAL CASE

    The defendant corporation pleaded guilty to Counts 1 and 2.

    Accordingly, the defendant corporation is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T.15, USC, Section 1 | Conspiracy to restrain trade | Felony | August 2005 | 1 and 2 |

    As pronounced on June 15, 2009, the defendant corporation is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ORDERED that the defendant corporation shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant corporation must notify the court and United States Attorney of material changes in economic circumstances.

Signed this __16__ day of June, 2009.

/s/ [signature]
Jerome B. Friedman
United States District Judge

Case Number: 2:09CR00054-001  
Defendant Corporation's Name: VIRGINIA HARBOR SERVICES, INC.,

# CRIMINAL MONETARY PENALTIES

The defendant corporation must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $400.00 | $7,500,000.00 | $0.00 |
| 2 | $400.00 | $0.00 | $0.00 |
| **TOTALS:** | **$800.00** | **$7,500,000.00** | **$0.00** |

**Defendant Corporation's Name:**　　VIRGINIA HARBOR SERVICES, INC.,
**Case Number:**　　2:09CR00054-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant corporation's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment and fine shall be due in full immediately. Any balance remaining unpaid on the special assessment and fine shall be paid in full within 15 days. If the special assessment and fine are not paid in accordance with the schedule set by this court, then they may be subject to penalties for delinquency and default.

Interest shall be waived.

The defendant corporation shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment or fine by the United States.